# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

JIAJIA CHEN,

           Plaintiff,

  v.

CHAD F. WOLF, *et al.,*

           Defendants.

Case No. 3:20-cv-00044-SLG

## **NOTICE OF STAY**

On March 30, 2020, Chief Judge Timothy M. Burgess suspended court proceedings in the U.S. District Court of the District of Alaska in response to the coronavirus disease (COVID-19) pandemic.[1] In Miscellaneous General Order 20-11, the Court found that national, state, and municipal emergency declarations, in addition to public health and safety guidance, have caused significant disruption to government agencies, businesses, and individual litigants. In order to avoid default or prejudice to any parties, the Court imposed a stay in all civil proceedings.

**This case has been stayed until May 1, 2020.** A stay is a "postponement or halting of a proceeding [or] judgment[.]"[2] This means that all current filing deadlines are suspended. All civil trials and hearings have been continued. If the presiding judge needs to take action in a specific case, the presiding judge will give

---

[1] Miscellaneous General Order 20-11 (available at https://www.akd.uscourts.gov/sites/akd/files/20-11_MGO_Suspension_of_Proceedings.pdf).

[2] *Black's Law Dictionary*, (11th ed. 2019).

the parties specific guidance or instructions on any deadlines or next steps.  **The stay will remain in place until May 1, 2020, unless the Court orders the stay end on a different date.**

In light of the guidance issued by the federal, state, and local government and to protect the health and safety of defendants, counsel, court staff, and the public, the James M. Fitzgerald U.S. Courthouse in Anchorage, the U.S. Courthouse in Fairbanks, and the U.S. Courthouse in Juneau, shall be closed to the public except to persons with a scheduled appointment or entering to submit a physical filing to the drop box located in the lobby of each courthouse.

The Clerk's Office will remain available by telephone, mail will be received, and new filings will be processed.  Miscellaneous General Order 20-11, and any future General Orders regarding court proceedings, can be found at the Court's website: https://www.akd.uscourts.gov.  Litigants may check the website.  For all other matters or questions, please contact the Clerk's Office at (907) 677- 6100 (Anchorage), (907) 451-5791 (Fairbanks), or (907) 586-7458 (Juneau).

DATED this 13th day of April, 2020 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

3:20-cv-00044-SLG, *Chen v. Wolf, et al.*
Notice of Stay
Page 2 of 2
Case 3:20-cv-00044-SLG   Document 4   Filed 04/13/20   Page 2 of 2