# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JIAJIA CHEN,<br><br>                    Plaintiff,<br><br>     v.<br><br>CHAD F. WOLF, *et al.*,<br><br>                    Defendants. | Case No. 3:20-cv-00044-SLG |

## **FIRST AMENDED NOTICE OF STAY**

On March 30, 2020, Chief Judge Timothy M. Burgess suspended court proceedings in the U.S. District Court of the District of Alaska in response to the coronavirus disease (COVID-19) pandemic.[1] In Miscellaneous General Order 20-11, the Court found that national, state, and municipal emergency declarations, in addition to public health and safety guidance, have caused significant disruption to government agencies, businesses, and individual litigants. In order to avoid default or prejudice to any parties, the Court imposed a stay in all civil proceedings.

On April 20, 2020, the Court issued Miscellaneous General Order 20-13, finding that the relevant circumstances had not materially changed.[2] As a result, the Court extended the stay it had previously imposed in all civil proceedings.

---

[1] Miscellaneous General Order 20-11 (available at https://www.akd.uscourts.gov/sites/akd/files/20-11_MGO_Suspension_of_Proceedings.pdf).

[2] Miscellaneous General Order 20-13 (available at https://www.akd.uscourts.gov/sites/akd/files/20-13_MGO_%20Extending%20OVID-19_Procedures.pdf).

**This case has been stayed until June 1, 2020.** A stay is a "postponement or halting of a proceeding [or] judgment[.]"[3] This means that all current filing deadlines are suspended and all civil trials and hearings have been continued. Any party may seek relief from the stay by filing a motion establishing with good cause why the stay should be lifted as to that litigant's matter. If the presiding judge needs to take action in a specific case, the presiding judge will give the parties specific guidance or instructions on any deadlines or next steps. **The stay will remain in place until June 1, 2020, unless the Court orders the stay end on a different date.**

In light of the guidance issued by the federal, state, and local government and to protect the health and safety of defendants, counsel, court staff, and the public, the James M. Fitzgerald U.S. Courthouse in Anchorage, the U.S. Courthouse in Fairbanks, and the U.S. Courthouse in Juneau, shall be closed to the public except to persons with a scheduled appointment or entering to submit a physical filing to the drop box located in the lobby of each courthouse.

The Clerk's Office will remain available by telephone, mail will be received, and new filings will be processed. Miscellaneous General Order 20-13, and any future General Orders regarding court proceedings, can be found at the Court's website: https://www.akd.uscourts.gov. Litigants may check the website. For all

---

[3] Black's Law Dictionary, (11th ed. 2019).

Case No. 3:20-cv-00044-SLG, *Chen v. Wolf, et al.*
First Amended Notice of Stay
Page 2 of 3
Case 3:20-cv-00044-SLG   Document 5   Filed 04/27/20   Page 2 of 3

other matters or questions, please contact the Clerk's Office at (907) 677- 6100 (Anchorage), (907) 451-5791 (Fairbanks), or (907) 586-7458 (Juneau).

DATED this 27th day of April 2020 at Anchorage, Alaska.

*/s/ Sharon S. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:20-cv-00044-SLG, *Chen v. Wolf, et al.*
First Amended Notice of Stay
Page 3 of 3
Case 3:20-cv-00044-SLG   Document 5   Filed 04/27/20   Page 3 of 3